# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-0811-JLK-MJW

AMERIGAS PROPANE, INC., a Pennsylvania corporation

    Plaintiffs,

v.

THOMAS MCBRAYER, an individual; and ROARING FORK VALLEY CO-OP ASSOCIATION, a Colorado cooperative

    Defendants.

## CORPORATE DISCLOSURE STATEMENT OF
## PLAINTIFF AMERIGAS PROPANE, INC.

Plaintiff, AmeriGas Propane, Inc., by its attorneys, Hall & Evans, L.L.C., pursuant to Fed. R. Civ. P. 7.1 and D.C.COLO.LCivR 7.4, respectfully submits its Corporate Disclosure Statement as follows:

1. AmeriGas Propane, Inc. is a Pennsylvania corporation with its principal place of business in King of Prussia, Pennsylvania.

2. AmeriGas, Inc. is the parent corporation of AmeriGas Propane, Inc., and UGI Corporation is the parent corporation of AmeriGas, Inc.

3. UGI Corporation owns one hundred percent (100%) of AmeriGas Propane, Inc. Wellington Management Group, LLP has more than a 10% ownership interest in UGI Corporation.

Dated: May 2, 2016

                HALL & EVANS LLC

By: *Adam B. Wiens*
Chad M. Knight
Adam B. Wiens
1001 Seventeenth Street, Suite 300
Denver, CO 80202
Phone: (303) 628-3300
Fax: (303) 628-3368

Pro Hac Vice Motion to be filed for:
James T. Hultquist, Esq.
REED SMITH LLP
10 South Wacker Drive, 40th Floor

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on May 2, 2016, I electronically filed the foregoing **CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF AMERIGAS PROPANE, INC.** with the Clerk of Court using the CM/EFC system which will send notification of such filing to the CM/ECF participants who have entered an appearance in this action.

*s/ Adam B. Wiens*

Adam B. Wiens, Esq.
HALL & EVANS, L.L.C.
1001 Seventeenth Street, Suite 300
Denver, Colorado 80202
Phone: (303) 628-3300
Fax: (303) 628-3368
wiens@hallevans.com