IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00811-JLK

AMERIGAS PROPANE, INC., a Pennsylvania corporation,

    Plaintiff,

v.

THOMAS MCBRAYER, an individual, and ROARING FORK VALLEY CO-OP ASSOCIATION, a Colorado corporation,

    Defendants.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff AmeriGas Propane, Inc. and Defendants Thomas McBrayer and Roaring Fork Valley Co-op Association, by and through their respective attorneys, hereby jointly stipulate and agree to the dismissal of the above-captioned matter with prejudice, with each party to bear its own attorneys' fees, costs, and expenses.

Dated: February 28, 2017.

**Stipulation prepared and agreed to by:**

*s/ Adam B. Wiens*

Chad M. Knight
Adam B. Wiens
HALL & EVANS LLC
1001 Seventeenth Street, Suite 300
Denver, CO 80202
T: (303) 628-3300
F: (303) 628-3368

and

James T. Hultquist
Daniel C. Kirby
REED SMITH LLP
10 S. Wacker Drive, 40th Floor
Chicago, IL 60606
T: (312) 207-1000
F: (312) 207-6400

*Attorneys for AmeriGas Propane, Inc.*

*s/ Matthew Y. Biscan (with permission)*

Matthew Y. Biscan
Daniel R. Satriana, Jr.
SATRIANA & BISCAN, LLC
720 South Colorado Blvd.
Suite 425-S
Denver, CO 80246
T: (303) 468-5403
F: (303) 942-7360

*Attorneys for Thomas McBrayer*

*s/ Saskia A. Jordan (with permission)*

Jamie Hubbard
Saskia A. Jordan
HADDON, MORGAN, & FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
T: (303) 831-7364
F: (303) 832-2628

and

John C. McClure
McCLURE & EGGLESTON, LLC
1600 Broadway, Suite 920
Denver, CO 80202
T: (303) 294-0822
F: (303) 294-0824

*Attorneys for Roaring Fork Valley Cooperative Association*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2017, I electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/EFC system which will send notification of such filing to the CM/ECF participants who have entered an appearance in this action.

*s/ Adam B. Wiens*